**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SHANNON ELIZABETH STIGGINS, | Case No. 2:24-cv-001548-APG-BNW |
| Plaintiff, | |
| v. | **Order Dismissing Case for Lack of Subject Matter Jurisdiction** |
| DONNA L. HANDS, | |
| Defendant | |

    I previously ordered plaintiff Shannon Stiggins to show cause why this case should not be dismissed for lack of subject matter jurisdiction. ECF No. 4.  Stiggins responded by arguing that federal question jurisdiction exists because she sent notices to the defendant through United States Postal Service (USPS) registered mail. ECF No. 7 at 1-2.  She also contends that she will rely on the Federal Rules of Evidence and Federal Rules of Civil Procedure. *Id.* at 2-3.

    Merely sending contractual documents by USPS mail does not create federal question jurisdiction over a breach of contract claim.  Nor do the Federal Rules of Civil Procedure governing service of process or Federal Rules of Evidence regarding admissible evidence support the exercise of jurisdiction.  The case must be properly brought in federal court for the Federal Rules to apply.  Because no federal question jurisdiction exists in this case, and Stiggins concedes there is no diversity jurisdiction, I dismiss this case without prejudice to Stiggins pursuing her claims in state court.

    I THEREFORE ORDER that plaintiff Shannon Stiggins' complaint (ECF No. 1) is DISMISSED for lack of subject matter jurisdiction, without prejudice to Stiggins filing her claims in state court.  The clerk of court is instructed to close this case.

    DATED this 20th day of September, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE